Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

Tallahassee Division

Case No. 4:20 cv 592 AW-MAF
*(to be filled in by the Clerk's Office)*

| | |
|---|---|
| **Camara Tunsill** | |
| *Plaintiff(s)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | |
| **Leon County Schools** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Camara Tunsill |
| Street Address | 1577 Jacks Drive, Apt. A |
| City and County | Tallahassee, Leon |
| State and Zip Code | FL, 32301 |
| Telephone Number | 850-559-0213 |
| E-mail Address | camara.tunsill@yahoo.com |

FILED USDC FLND TL
DEC 30 '20 AM 11:50

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Leon County Schools |
| Job or Title *(if known)* | |
| Street Address | 2757 West Pensacola Street |
| City and County | Tallahassee, Leon |
| State and Zip Code | FL, 32304 |
| Telephone Number | 850-487-7100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number            _____

E-mail Address *(if known)*     _____

## C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Leon County Schools |
| Street Address | 2757 West Pensacola Street |
| City and County | Tallahassee, Leon |
| State and Zip Code | FL, 32304 |
| Telephone Number | 850-487-7100 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

       *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

       *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

       *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☐ Retaliation.

☒ Other acts *(specify)*:  Placement on Administrative Leave
Issuance of Letter of Reprimand

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)
09/28/2018, 10/23/2018, 05/17/2019, 08/30/2019

C.  I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race                Black

☐ color

☒ gender/sex          Female

☒ religion            Islam

☐ national origin

☐ age *(year of birth)*                *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows.  Attach additional pages if needed.

1. Plaintiff, Camara Tunsill, is a Black Muslim female who wears a hijab and distinct modest clothing in adherence to Islamic guidelines on a daily basis. (Exhibit C). This fact is well-known by many Leon County Schools employees, including former Director of Human Resources, Mary Nicholson, and Kate Sullivan Principal, Michael Bryan (Pictured on right, Exhibit C, p. 2).

2. Plaintiff worked as a substitute teacher and teacher for Leon County Schools from April 8, 2014 to August 30, 2019.

3. At all material times, Plaintiff was rated as effective or highly effective. She received consistently good evaluation ratings during her tenure as a teacher. (Exhibit D).

4. On September 25, 2018, a student informed Behavior Specialist, Antre' Sanders, that he wanted to kill himself. Afterwards, Antre' Sanders informed Plaintiff.

5. Neither Plaintiff nor the Behavior Specialist communicated the threat to designated personnel that same day.

6. Neither Plaintiff nor the Behavior Specialist were aware of or trained on the district's suicide prevention and intervention policy and procedures. (Exhibit G).

7. On September 27, 2018, Leon County Schools received an Institutional Notification from the Florida Department of Children and Family which alleged that Plaintiff, Camara Tunsill, and Behavior Specialist, Antre' Sanders, failed to report suicidal threats made by a student. (Exhibit E).

8. Thereafter, Defendant placed Plaintiff on administrative leave (September 28, 2018), reprimanded Plaintiff for violation of policy and procedures (October 23, 2018), terminated Plaintiff as a teacher (May 17, 2019), and terminated Plaintiff as a substitute teacher (August 30, 2019).

9. While the cited policies and procedures applied to all school personnel, whether instructional or noninstructional, Defendant did not discipline Behavior Specialist, Antre' Sanders, in any form. (Exhibits E and G). He maintained his position at Kate Sullivan Elementary School, which requires direct contact with students. (Exhibit G).

10. Behavior Specialist, Antre' Sanders, is a similarly-situated employee outside of Plaintiff's religion and gender who was treated more favorably. (Exhibit G).

11. All disciplinary measures taken against Plaintiff were therefore wrongful acts in violation of Title VII of the Civil Rights Act of 1964, as amended.

12. Leon County Schools continued to discriminate against Plaintiff by hiring a less qualified white woman for the position in lieu of Plaintiff after being informed by the Florida Department of Education that Plaintiff could continue working in her position until the case was resolved. (Exhibits F and H).

13. By disciplining Plaintiff in a manner inconsistent with Florida Statutes, failing to discipline Antre' Sanders for the same offense, and neglecting to rehire Plaintiff after given express permission to do so, Defendant subjected Plaintiff to disparate treatment and unlawful unemployment.

14. Plaintiff's race, religion, and gender were motivating factors in Defendant's treatment of Plaintiff.

15. As a result of Defendant's actions, Plaintiff lost wages, benefits, and retirement contributions.

16. As a result of Defendant's actions, Plaintiff suffered and continues to suffer from mental anguish, emotional distress, defamation of character, embarrassment and humiliation, loss of professional reputation, loss of pride, loss of relationships, and loss of enjoyment of life.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

January 14, 2020

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   10/8/2020   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiff, Camara Tunsill, hereby requests compensatory and punitive damages against Leon County Schools in the amount of $300,000 for loss of wages, loss of benefits, loss of retirement contributions, mental anguish, emotional distress, defamation of character, embarrassment and humiliation, loss of professional reputation, loss of pride, loss of relationships, and loss of enjoyment of life. Additionally, Plaintiff respectfully requests that the court enter an order requiring Leon County Schools to issue letters of apology to her and the families of her former students and reinstate her as the Emotionally Handicapped teacher at Kate Sullivan Elementary School. Lastly, Plaintiff requests exoneration of all charges brought against her as a result of the Title VII violations, including reversal of the final order and record expungement.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/30/2020

Signature of Plaintiff        *Camara Tunsill*
Printed Name of Plaintiff     Camara Tunsill

### B.        For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2019-04314 |

| FLORIDA COMMISSION ON HUMAN RELATIONS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MS. CAMARA  TUNSILL | (850) 559-0213 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1577 JACKS DRIVE, APT A,  TALLAHASSEE, FL 32301 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| LEON COUNTY SCHOOLS | 501+ | (850) 487-7100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2757 WEST PENSACOLA ST,  TALLAHASSEE,  FL 32304 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: 08-30-2019    Latest: 08-30-2019<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I started working for LEON COUNTY SCHOOLS as a Substitute Teacher in April of 2014. From September 28, 2018 until August 30, 2019, I have been subjected to discriminatory adverse actions because of my Race (Black), my Religion (Islam), and my Gender (Female). The investigation was initiated as a result of an institutional notification from the Florida Department of Children and Family (DCF), which alleged that the Behavior Specialist and I failed to report suicidal threats made by a student. On September 28, 2018, I was sent home on administrative leave without prior notice or an explanation of the allegations against me.

When I returned to work on October 18, 2018, I received a letter of reprimand, which stated that the purpose of the letter was to reprimand me for 'failure to report a serious incident fully in conjunction with LCSB Policy 5350, Suicide Intervention Procedures, and failure to exercise the professional judgment expected of a Leon County Schools employee.' It additionally alleged that 'I failed to timely notify the parent of this potentially dangerous situation.' It then cited LCSB Policy 3210 Standards of Ethical Conduct. The district sustained the allegations against me and forwarded the investigation to the Florida

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| <br>Digitally signed by Camara Tunsill on 01-14-2020 01:47 PM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 511-2019-04314 |

| FLORIDA COMMISSION ON HUMAN RELATIONS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Department of Education Office of Professional Practices Services. The Florida Department of Education is withholding my Teaching Certificate until the investigation is over, which resulted in me losing my job as a teacher. In August of 2019, I applied to be a Substitute Teacher so that I could teach my class until my certification cleared. On August 14, 2019, the Commissioner of Education filed an Administrative Complaint against me. The Administrative Complaint made the following charges: 'Count 1: The Respondent is in violation of section 1012.795(1)(j), Florida Statutes, in that Respondent has violated the Principles of Professional Conduct for the Education Profession prescribed by State Board of Education rules,' and 'Count 2: The allegations of misconduct set forth herein are in violation of Rule 6A-10.081(2)(a)1, Florida Administrative Code, in that Respondent has failed to make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental health and/or physical health and/or safety.'

Finally, I was terminated as a Substitute Teacher on August 30, 2019 due to the finding of probable cause in the Administrative Complaint. Other employees in a similar situation of a different Race, Religion and Sex were treated better under similar circumstances.

I believe that I was discriminated against because of my Race (Black), my Religion (Islam) and my Sex (Female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Camara Tunsill on 01-14-2020 01:47 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT:  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.   FORM NUMBER/TITLE/DATE.  EEOC Form 5, Charge of Discrimination (11/09).

2.   AUTHORITY.  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.   PRINCIPAL PURPOSES.  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.   ROUTINE USES.  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Exhibit B

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

To: **Camara Tunsill**
     **1577 Jacks Drive Apt A**
     **Tallahassee, FL 32301**

From: **Tampa Field Office**
       **501 East Polk Street**
       **Room 1000**
       **Tampa, FL 33602**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **511-2019-04314** | **Jesus Gonzalez,** **Investigator** | **(813) 202-7904** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*

**Evangeline Hawthorne,**
**Director**

September 30, 2020

*(Date Mailed)*

Enclosures(s)

cc:  **Deborah S. Minnis**
     **Ausley McMullen**
     **123 South Calhoun Street**
     **Tallahassee, FL 32301**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of
your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the
charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
<u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

Exhibit C

# EEO SURVEY



**LEON COUNTY SCHOOLS**

The following information is requested to aid the Leon County School Board in its commitment to Equal Employment Opportunity and Affirmative Action.  It is unlawful for an employer to fail or refuse to hire any individuals or deprive any individual of employment opportunities because of race, color, religion, sex, national origin, age , marital status or handicap.  Applicants who believe they have been discriminated against may file a complaint with the Florida Commission on Human Relations, Building F, Suite 240, 325 John Knox Road, Tallahassee, Florida 32399-1570.  <u>COMPLETION OF THIS FORM IS STRICTLY VOLUNTARY AND WILL NOT AFFECT YOUR CONSIDERATION FOR A DISTRICT POSITION.</u>

NAME _Camara Tunsill_     PERSONAL ID NUMBER (PID #)_____

a.     **SEX :**   ☐ Male   ☑ Female

b.     **DATE OF BIRTH** ▓▓▓▓▓

c.     **ETHNICITY**
Are you Hispanic or Latino? (Please choose only one AND indicate Race designation under item d. below)
☑ No, not Hispanic or Latino

☐ Yes, HISPANIC OR LATINO (H) - A person of Cuban, Mexican, Puerto Rican, South or Central  South American, or other Spanish culture or origin, regardless of race.

d.     **RACE(Check all that apply.)**

☐ AMERICAN INDIAN OR ALASKA NATIVE (I) - A person having origins in any of the original peoples of North and South America (including Central America) and who maintains tribal affiliation or community attachment.

☐ ASIAN (A) - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent, e.g., Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☑ BLACK OR AFRICAN AMERICAN (B) - A person having origins in any of the black racial groups of Africa. Terms such as "Haitian" or "Negro" can be used in addition to "Black or African American."

☐ NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER (P) - A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☐ WHITE (W)- A person having origins in any of the original peoples of Europe, the Middle East or North Africa.

e.     **DISABILITY**
☑ Z   Not Applicable
☐ S   Speech Impaired
☐ P   Physically Impaired
☐ H   Hearing Impaired
☐ V   Visually Impaired
☐ O   Other Health Impaired

**CITIZENSHIP**
Are you a citizen of the U.S. ☑ Yes ☐ No
If "No" do you possess an I-151 Card, and I551 Cards or an I-94 Card Stamped "Employment Authorized?
☐ Yes ☐ No

NOTE: If answer is "No" to both, you are ineligible for employment with the Leon County School Board.  The Leon County School Board hires only U.S. citizens and lawfully authorized alien workers.

6/94P:\PRSNNL\WORK\FORMS\LCS_EEO_survey_form 2011.wpd

Proof of Protected Class: Religion



 **Kate Sullivan Elementary**
Ms. Camara Tunsill, Glenn-Howell
Distinguished Educator of the Year

Mobile Uploads · Oct 22, 2018 ·

# Exhibit D

*Leon Delias Instructional Evaluation 2016 2017*

Administrator Overall Final Evaluation Acknowledgement (Fall) for TUNSILL, CAMARA B

Date Printed: 12/28/2020

| Scores | | | | |
|---|---|---|---|---|
| **1.** | | | | |
| | | Score | Rating | Weighted Score |
| | Instructional Practice Score | 3.05 | Effective | 1.3725 |
| | Professional Responsibility Score | 3.40 | Highly Effective | 0.68 |
| | Student Performance Measure | 3.00 | | 1.0499 |
| | **? Overall Evaluation Score** | | Effective | 3.1025 |

| Teacher's Comments |
|---|
| No Answer Sets |

| Acknowledgement Comments |
|---|
| Marking "Complete" indicates receipt and not necessarily agree with the contents. |
| No Answer Sets |

**Signatures**

MICHAEL W BRYAN on 10/05/2017 11:54 AM Accepted

Page 1 of 1


LEON COUNTY SCHOOLS

# Leon LEADS Instructional Evaluation

## Scores and Ratings Report

## CAMARA TUNSILL, 2017-2018

## Evaluation Ratings

|  | Score | Rating | Weighted Score |
|---|---|---|---|
| Instructional Practice Score | 3.1291 | Effective | 1.4081 |
| Professional Responsibility Score | 3.25 | Effective | 0.65 |
| Student Performance Measure | 4.00 |  | 1.40 |
| **? Overall Evaluation Score** |  | Highly Effective | 3.4581 |

**Teacher Acknowledgement:** ACCEPTED by CAMARA B TUNSILL on 06/04/2018 at 11:14 AM

**Teacher Comments:**

**Marking "Complete" indicates receipt and acknowledgement or evaluation and not necessarily agreement with the contents.**

**Administrator Signature:**

Date Printed: 12/28/2020



# Leon LEADS Instructional Evaluation

## Scores and Ratings Report

### CAMARA TUNSILL, 2018-2019

## Evaluation Ratings

|  | Score | Rating | Weighted Score |
|---|---|---|---|
| Instructional Practice Score | 3.38 | Highly Effective | 1.521 |
| Professional Responsibility Score | 3.00 | Effective | 0.60 |
| Student Performance Measure | 4.00 |  | 1.40 |
| **? Overall Evaluation Score** |  | Highly Effective | 3.521 |

---

**Teacher Acknowledgement:**  ACCEPTED by CAMARA B TUNSILL on 06/03/2019 at 04:14 PM

**Teacher Comments:**

**Marking "Complete" indicates receipt and acknowledgement or evaluation and not necessarily agreement with the contents.**

---

**Administrator Signature:**

Date Printed: 12/28/2020

# Exhibit E

**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis-Butler



**LEON COUNTY SCHOOLS**

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen
Rosanne Wood

**SUPERINTENDENT**
**Rocky Hanna**

## PRELIMINARY PERSONNEL INVESTIGATION

**Location: Kate Sullivan Elementary School**

**Subject Employee: Ms. Camara Tunsill**

**Incident Date: Tuesday, September 25, 2018**

### ALLEGATION

It is alleged Ms. Camara Tunsill, a teacher at Kate Sullivan Elementary School, failed to notify the parents of ▇▇▇▇▇ (student), Mr. Michael Bryan (Kate Sullivan Principal) or any other school administrator after ▇▇▇▇ made suicidal statements while he was in class on Tuesday, September 25, 2018

### 5350 - SUICIDE INTERVENTION PROCEDURES.

### RESPONSE: GENERAL CONSIDERATIONS AND REQUIREMENTS

Parents/Guardians (herein "parents"), students, and school personnel have shared responsibility for being aware of suicide warning signs and bringing information regarding a student that may be contemplating suicide to the attention of school administrators and/or designated school personnel.

### ADMINISTRATIVE NARRATIVE

On Thursday, September 27, 2018 the Leon County School District Safety and Security Department received an "Institutional" notification from the Florida Department of Children and Family (DCF). Bianca Williams, Investigator for DCF was assigned the case. The notification alleged that Ms. Camara Tunsill, ESE Teacher, and Mr. Antre Sanders, Behavioral Specialist, failed to report suicidal threats made by ▇▇▇▇▇ (hereafter referred to as LS).

Exhibit F

**From:** Kosec, Randy
**Sent:** Tuesday, November 5, 2019 4:01 PM
**To:** hunkiarj@leonschools.net
**Subject:** Expired DOE Certificate

Good afternoon Mr. Hunkiar,

When an educator is transitioning from a Temporary Florida Educator Certificate to a Professional Florida Educator Certificate and has an active case with the Office of Professional Practices Services (PPS), the Bureau of Educator Certification will not process that educator's application until the case has been concluded. If, the educator has done everything he/she was required to do and would be qualified for the Professional Florida Educator Certificate, outside of the PPS case, the district may elect to allow that educator to continue to serve in their position until their PPS case has been resolve. Particularly with Ms. Tunsill's case, her Professional Florida Educator Certificate will be issued upon the issuance of a Final Order from the Education Practices Commission, unless the Final Order includes a Denial. At that point, Ms. Tunsill would have to vacate any position that requires a Florida Educator Certificate. If, the Final Order does not include a period of denial, the Professional Florida Educator Certificate will be issued with an issuance date of July 1, 2019.

Please let me know if you have any other questions or concerns.

Sincerely,

Randy Kosec, Jr., Chief
Office of Professional Practices Services
Division of Public Schools
Florida Department of Education
850-245-0438 Office
850-245-0621 Fax



FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

DIVISION OF PUBLIC SCHOOLS
*Highest Achievement...Every Student, Every Day.*

# Exhibit G

STATE OF FLORIDA   §
LEON COUNTY      §

## AFFIDAVIT OF ANTRE' SANDERS

Before me, the undersigned notary, on this day personally appeared Antre' Sanders, the affiant. After I administered an oath, affiant testified as follows:

1. My name is Antre' Sanders. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an African American Christian male.

3. I was also named in the "Institutional" notification from the Florida Department of Children and Family that led to Ms. Tunsill's termination, but I was never disciplined in any form. As of December 2020, I am still the Behavior Specialist at Kate Sullivan Elementary.

4. At the time of the September 2018 incident, I had never been trained on suicide prevention and intervention.

5. There was no teacher in the classroom on November 5, 2019 and it would have been a great help if Ms. Tunsill had returned.

6. A white female was hired to replace Ms. Tunsill after November 5, 2019. She did not begin working in the classroom until January 2020.

Affiant - Antre' Sanders

SWORN TO and SUBSCRIBED before me by Antre' Sanders on _12-28_____, 20 _20_.

Driver's License: _S536-010-93-191-0_

Notary Public in and for
The State of Florida

BRYAN LOVE
Commission # GG 321719
Expires April 9, 2023
Bonded Thru Troy Fein Insurance 800-385-7019

Exhibit H



**LEON COUNTY SCHOOLS**
**HUMAN RESOURCES**

**TEACHER EXPERIENCE RECORD**

THIS INFORMATION IS NOT USED FOR COMPUTING SALARY. MUST SUBMIT VERIFICATION OF EXPERIENCE FORMS TO DETERMINE SALARY PLACEMENT.

DATE _12/17/19_

NAME _Elizabeth Coxwell_           SCHOOL _Kate Sullivan_

List on a separate line each year of **PUBLIC** school experience. If a leave of absence was duly authorized and granted for a year, please list this information on a line for that year. Each teacher is responsible for verification of out of county and state experience.

| SCHOOL YEAR | CONTRACT DAYS | DAYS WORKED | COUNTY | STATE | SCHOOL NAME | GRADE OR SUBJECTS TAUGHT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

List on a separate line each year of **PRIVATE** school experience. If a leave of absence was duly authorized and granted for a year, please list this information on a line for that year. Each teacher is responsible for verification of out of county and state experience.

| SCHOOL YEAR | CONTRACT DAYS | DAYS WORKED | COUNTY | STATE | SCHOOL NAME | GRADE OR SUBJECTS TAUGHT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

PAF-SKYWARD2                                                                                                  Page 1 of 1

## PERSONNEL ACTION FORM

(016670)
Form Control #LDS-DP 228
Approved JC
Expiration Annually

Wed Dec 18 2019 07:47:12 GMT-0500 (EST)
**Date Form Is Completed**

Effective Date: 01/07/2020

**1. EMPLOYEE AFFECTED:**

| First Name | M.I. | Last Name | | Appen | |
|---|---|---|---|---|---|
| ELIZABETH | A | COXWELL | | | |

MM/DD/YYYY
Name Key:
(ex:JonesMik001)

Building Name: SULLIVAN ELEMENTARY          Building Code: 0031

**2. EMPLOYEE TYPE / ASSIGNMENT AFFECTED:**

| Employee Type Description: | Employee Type: | Assignment: | Hrs/Day HHMM |
|---|---|---|---|
| TEACHER | ITCHR | TCHR EMOTIONAL HANDICAPPED | 07:30 |
| | select | select | |
| | select | select | |

Total: 07:30

**3. ACTION REQUESTED:** New Hire

Termination Code   Select One

Temporary Employment From _____ through _____

Suppl Code
(select one
if applicable)   Type   Amount

Comments:

**4. If change in hours per day, promotion, demotion or transfer, complete previous employee type / assignment information:**

Building Name: _____          Building Code: Select O

| Employee Type Description: | Employee Type: | Assignment: | Hrs/Day HHMM |
|---|---|---|---|
| | select | select | |
| | select | select | |
| | select | select | |

Total: 00:00

Signature of Releasing Administrator:   Signature of Releasing Administrator:

**5. POSITION CATEGORY:**

- ○ 212 Days
- ⊙ 196 Days
- ○ 185 Days
- ○ 12 Month
- ○ Summer
- ○ Student OPS
- ○ Substitute
- ○ Hourly

**6. TO BE COMPLETED BY PERSONNEL SERVICES SECTION:**

| | | Hourly $ | Monthly $ | Annual $ | Contract |
|---|---|---|---|---|---|
| Prev Grade/Step | Select One | | | | |
| New Grade/Step | IBACH000 | | | 38,965.67 | |

**7. SIGNATURE/INITIALS (as necessary)**

Assigned to   *Bryan, Michael*
Wed Dec 18 09:49:16 EST 2019          Building Code: Select One

School/Division
Executive Directors   School/DivisionExecutive
Directors

Human
Resource Staff   *Cutchins, Barbara*
1/7/202010:40:15 AM

**8. ACCOUNT DISTRIBUTION**     Select Account Distribution (required)

| PCT | FUND | FUNC | OBJ | BUILD | PROJ | SUB PROJ | PGM |
|---|---|---|---|---|---|---|---|
| 100.00 | 1100 | 5200 | 1200 | 0031 | 00000 | 00000 | 05200 |
| 0.00 | select | select | select | select | select | select | select |
| 0.00 | select | select | select | select | select | select | select |
| 0.00 | select | select | select | select | select | select | select |

*Rocky Hanna*
*1/28/20*

**Cutchins, Barbara**

| | |
|---|---|
| **From:** | Bryan, Michael |
| **Sent:** | Tuesday, January 7, 2020 7:25 AM |
| **To:** | Cutchins, Barbara |
| **Subject:** | RE: Elizabeth Coxwell |

Good morning!

She is starting today, 1/7/20.

Thanks,
Michael

**From:** Cutchins, Barbara <cutchinsb@leonschools.net>
**Sent:** Monday, January 6, 2020 1:03 PM
**To:** Bryan, Michael <bryanm@leonschools.net>
**Subject:** Elizabeth Coxwell
**Importance:** High

I have her file.  I do still need her to submit an official transcript to HR if she hasn't already.   I am getting ready to set her up to start January 7, 2020.  Please confirm start date via email for me to know when to process.  Thank you.

*Barbara Cutchins*
Leon County Schools
Human Resources
Instructional Section
850-487-7202

---

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.



LEON COUNTY SCHOOLS

# EEO Data Collection Form

Name: __Coxwell_____ __Elizabeth_____ __Ann_____ _____
Last            First            Middle            Maiden

Date of Birth (MM/DD/YYYY): [redacted]

1. What is your gender?

[X] Female
[ ] Male

2. What is your marital status?

[X] Single
[ ] Married
[ ] Divorced
[ ] Widowed

3. What is your ethnicity? Please mark all that apply. At least one option must be selected.

Are you Hispanic or Latino? (Please choose only one AND indicate race designation under item 4 below)

[X] **No, not Hispanic or Latino**
[ ] **Yes, Hispanic or Latino** - A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin regardless of race.

4. What is your race? (Please mark all that apply)

[X] **White (Not of Hispanic origin)** - All persons having origins in any of the original peoples of Europe, North Africa or the Middle East.

[ ] **Black or African American (Not Hispanic or Latino)** - A person having origins in any of the black racial groups of Africa.

[ ] **Asian (Not Hispanic or Latino)** - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

[ ] **Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino)** - A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

[ ] **American Indian or Alaska Native (Not Hispanic or Latino)** - A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.

[ ] **I do not wish to disclose** – If you choose not to self-identify your race/ethnicity at this time the federal government requires this employer to determine this information by visual survey and/or other available information.

Signature: _Elizabeth Coxwell_____   Date: _12/17/19_____

*The School District is subject to certain governmental recordkeeping and reporting requirements for the administration of civil rights laws and regulations. In order to comply with these laws, the employer invites employees to voluntarily self-identify their race or ethnicity. Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. The information obtained will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement. When reported, data will not identify any specific individual.*